Peter Bibring (SBN 223981)
pbibring@aclusocal.org
Adrienna Wong (SBN 282026)
awong@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Novella Coleman (SBN 281632)
ncoleman@aclunc.org
Linda Lye (SBN 215584)
llye@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MITCHELL, an individual,<br><br>    *Plaintiff*,<br><br>v.<br><br>RONNIE JEFFRIES, in his individual capacity; JOHN BISHOP, in his individual capacity; FNU SHERMAN, in his individual capacity; and CITY of BAKERSFIELD;<br><br>    *Defendants*. | CASE NO: 1:18-cv-00146-LJO-JLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' ANSWER**<br><br>**(Doc. 12)** |

STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' ANSWER

Plaintiff and Defendants, through their respective counsel, hereby stipulate to extending Plaintiff's time to respond to Defendants' Answer to March 21, 2018.

Good cause exists for the stipulated extension. Earlier this week, the parties met and conferred on the potential filing of a Motion to Strike Affirmative Defenses by Plaintiff, or an Amended Answer and/or Motion to Dismiss by Defendants. The stipulated extension will give Defendants' counsel the additional time they require to consider Plaintiff's contemplated Motion to Strike. The extension will thus serve the interests of efficiency and judicial economy by permitting the parties an opportunity to reach agreement on how to proceed in a manner that will enable them to effectively and economically approach discovery and future litigation of this case.

Respectfully submitted,

DATED: March 8, 2018

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By: /s/ Adrienna Wong
      Adrienna Wong

Attorney for Plaintiff
ROBERT MITCHELL

DATED: March 8, 2018

MARDEROSIAN & COHEN

By: /s/ Heather S. Cohen
      Heather S. Cohen

Attorney for Defendants
RONNIE JEFFRIES, JOHN BISHOP, CHARLES SHERMAN, and CITY OF BAKERSFIELD

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the deadline for Plaintiff to file a motion to strike pursuant to Federal Rule of Civil Procedure 12(f) is extended to March 21, 2018.

IT IS SO ORDERED.

Dated: **March 12, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE