Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:     Defendants RONNIE JEFFRIES, JOHN BISHOP, CHARLES SHERMAN (sued
                   herein as "FNU SHERMAN) and CITY OF BAKERSFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MITCHELL, | Case No.   1:18-CV-00146-LJO-JLT |
| Plaintiff, | **STIPULATION TO CONTINUE** |
| | **SCHEDULING CONFERENCE;** |
| vs. | **[PROPOSED] ORDER THEREON** |
| | **(Doc. 15)** |
| RONNIE JEFFRIES, in his individual capacity; | |
| JOHN BISHOP, in his individual capacity; | |
| FNU SHERMAN, in his individual capacity; | |
| and CITY OF BAKERSFIELD, | |
| Defendants. | |

## RECITALS

WHEREAS, the Scheduling Conference in the above-referenced matter is currently scheduled for April 26, 2018, at 9 a.m. before the Honorable Jennifer L. Thurston.

WHEREAS, Defense Counsel is currently in a trial in the case of *The Estate of Aileen Norton, et al. v. Lee* in the Pima County Superior Court in Tucson, Arizona which is not expected to conclude until April 27, 2018. Therefore, Defense Counsel is unavailable for the April 26, 2018, Scheduling Conference.

WHEREAS, the Parties have agreed to continue the Scheduling Conference to either May 4, 2018, or May 7, 2018, at 9 a.m.

WHEREAS, the continued conference date shall not affect any of the dates proposed in the Joint Scheduling Report to be submitted by the Parties.

IT IS SO STIPULATED.

Dated: April 17, 2018.                    ACLU FOUNDATION OF
                                          SOUTHERN CALIFORNIA


                                              */s/ Adrienna Wong*
                                          By:_____
                                              Adrienna Wong,
                                              Attorneys for Plaintiff

Dated: April 17, 2018.                    ACLU FOUNDATION OF
                                          NORTHERN CALIFORNIA


                                              */s/ Linda Lye*
                                          By:_____
                                              Linda Lye,
                                              Attorneys for Plaintiff

Dated: April 17, 2018.                    MARDEROSIAN & COHEN


                                              */s/ Michael G. Marderosian*
                                          By:_____
                                              Michael G. Marderosian,
                                              Attorneys for Defendants above-named.

## ORDER

Upon review of the Stipulation of the Parties and good cause appearing therefor, IT IS SO ORDERED that the Scheduling Conference be continued to May 4, 2018, at 9:15 a.m.

IT IS SO ORDERED.

Dated:   **April 17, 2018**                      **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE