# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MITCHELL,<br><br>        Plaintiff,<br><br>    v.<br><br>RONNIE JEFFRIES, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-00146 LJO JLT<br><br>ORDER GRANTING IN PART THE STIPULATION TO AMEND THE CASE SCHEDULE<br>(Doc. 29) |

The parties have stipulated to amend the case schedule by two months due the unavailability of a key witness for deposition caused by the witness' medical leave. (Doc. 29) Thus, the Court **ORDERS** the case schedule to be amended as follows:

    1.     All non-expert discovery SHALL be completed no later than **April 26, 2019**;

    2.     Experts SHALL be disclosed no later than May 10, 2019 and any rebuttal experts disclosed by May 31, 2019. All expert discovery SHALL be completed no later than June 21, 2019;

    3.     Non-dispositive motions SHALL be filed no later than July 1, 2019 and heard no later than July 29, 2019.

    <u>**No other modifications to the case schedule are authorized.**</u>

IT IS SO ORDERED.

    Dated:   <u>**January 7, 2019**</u>          <u>**/s/ Jennifer L. Thurston**</u>
                                     UNITED STATES MAGISTRATE JUDGE