1 | Michael Shipley (SBN 233674)
michael.shipley@kirkland.com
2 | Matthew Gamsin (SBN 307830)
matthew.gamsin@kirkland.com
3 | KIRKLAND & ELLIS LLP
333 South Hope Street
4 | Los Angeles, CA 90071
Telephone: +1 213 680 8400
5 | Facsimile: +1 213 680 8500

6 | Peter Bibring (SBN 223981)
pbibring@aclusocal.org
7 | Adrienna Wong (SBN 282026)
awong@aclusocal.org
8 | Jordan Wells (*Pro Hac Vice*)
jwells@aclusocal.org
9 | ACLU FOUNDATION
OF SOUTHERN CALIFORNIA 1313
10 | West 8th Street
Los Angeles, CA 90017
11 | Telephone: +1 213 977 9500
Facsimile: +1 213 977 5297

12 | Novella Coleman (SBN 281632)
ncoleman@aclunc.org
13 | ACLU FOUNDATION
OF NORTHERN CALIFORNIA
14 | 39 Drumm Street
San Francisco, CA 94111
15 | Telephone: +1 415 621 2493
Facsimile: + 1 415 255 8437

*Attorneys for Plaintiff*
*ROBERT MITCHELL*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MITCHELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RONNIE JEFFRIES, in his individual capacity; JOHN BISHOP, in his individual capacity; FNU SHERMAN, in his individual capacity; and CITY OF BAKERSFIELD,<br><br>　　　　　　Defendant. | Case No. 1:18-cv-00146-LJO-JLT<br><br>[~~PROPOSED~~] STIPULATION TO VACATE JANUARY 25, 2019 SETTLEMENT CONFERENCE |

**RECITALS**

1. WHEREAS, on May 7, 2018, the Court issued a Scheduling Order in the above captioned matter that includes a Settlement Conference on January 25, 2019 at 9:00 a.m. [Dkt No. 19];

2. WHEREAS, after meeting and conferring and exchanging settlement letters pursuant to the provisions of the Scheduling Order, the Parties agree that the case is not currently in a settlement posture;

3. WHEREAS, the Parties agree that it is in their best interests and the interests of judicial efficiency to vacate the Settlement Conference scheduled for January 25, 2019, pursuant to the recommendation in the Scheduling Order [Dkt No. 19 at 6, fn. 3];

4. WHEREAS, the Parties further agree that they will refrain from submitting Confidential Settlement Conference Statements unless the Court otherwise directs the Parties to do so.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 14, 2019.   KIRKLAND & ELLIS LLP

By: _/s/Matthew Gamsin_____
    Matthew Gamsin
    Attorneys for Plaintiff

Dated: January 14, 2019.   MARDEROSIAN & COHEN

By: _/s/Heather Cohen_____
    Heather S. Cohen
    Attorneys for Defendants

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, **IT IS SO** |
| 3 | **ORDERED** that the Settlement Conference currently scheduled for January 25, 2019 is vacated. |

IT IS SO ORDERED.

Dated: **January 15, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE