1  Michael Shipley (SBN 233674)
   michael.shipley@kirkland.com
2  Matthew Gamsin (SBN 307830)
   matthew.gamsin@kirkland.com
3  KIRKLAND & ELLIS LLP
   333 South Hope Street
4  Los Angeles, CA 90071
   Telephone: +1 213 680 8400
5  Facsimile: +1 213 680 8500

6  Peter Bibring (SBN 223981)
   pbibring@aclusocal.org
7  Adrienna Wong (SBN 282026)
   awong@aclusocal.org
8  Jordan Wells (*Pro Hac Vice*)
   jwells@aclusocal.org
9  ACLU FOUNDATION OF
   SOUTHERN CALIFORNIA
10 1313 West 8th Street
   Los Angeles, CA 90017
11 Telephone: +1 213 977 9500
   Facsimile: +1 213 977 5297

12
13 Kathleen Guneratne (SBN 250751)
   kguneratne@aclunc.org
14 ACLU FOUNDATION OF
   NORTHERN CALIFORNIA
   39 Drumm Street
15 San Francisco, CA 94111
   T: +415 621 2493
16 F: +415 255 8437

17 *Attorneys for Plaintiff*
   *ROBERT MITCHELL*

18
                    UNITED STATES DISTRICT COURT
19
                    EASTERN DISTRICT OF CALIFORNIA
20

21  ROBERT MITCHELL,                       Case No. 1:18-CV-00146-LJO-JLT

22                      Plaintiff,          **STIPULATION AND [~~PROPOSED~~]
                                            ORDER EXTENDING DEADLINE TO
23          v.                              FILE STIPULATION OF DISMISSAL**

24  RONNIE JEFFRIES, in his individual
    capacity; JOHN BISHOP, in his
25  individual capacity; FNU SHERMAN, in
    his individual capacity; and CITY OF
26  BAKERSFIELD,

27                      Defendants.

28

Plaintiff and Defendants, through their respective counsel, hereby stipulate to extending by one day to May 1, 2019 the deadline to file a stipulation of dismissal in this case.

Good cause exists for the stipulated extension. The parties prepared a stipulation of dismissal that was to be filed by April 30, 2019—as agreed upon by the parties and ordered by the Court [ECF No. 38]—upon receipt of the settlement payment from Defendants. However, the payment will not reach Plaintiff's counsel until Wednesday, May 1, 2019.

The parties therefore request a one-day extension of the deadline to file a stipulation of dismissal, dismissal of this action, from Tuesday, April 30, 2019, to Wednesday, May 1, 2019.

Pursuant to L.R. 131(e), I, Adrienna Wong, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, subject to the Court's approval, that the deadline for the parties to file a stipulation of dismissal shall be Wednesday, May 1, 2019.

Respectfully Submitted,

Dated:  April 30, 2019            ACLU FOUNDATION OF SOUTHERN
                                  CALIFORNIA


                                  By: */s/ Adrienna Wong*_____
                                  Adrienna Wong,
                                  Attorney for Plaintiff


Dated:  April 30, 2019            MARDEROSIAN  & COHEN


                                  By: \_\_*/s/ Heather S. Cohen* (as authorized on April 30, 2019)
                                  Heather S. Cohen,
                                  Attorney for Defendants

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | The parties' stipulation is approved nunc pro tunc, and the deadline for the parties to file a |
| 3 | stipulation of dismissal is Wednesday, May 1, 2019. |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | Dated:   **May 1, 2019**                              **/s/ Jennifer L. Thurston** |
| 7 | UNITED STATES MAGISTRATE JUDGE |