1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| ROBERT MITCHELL, | Case No.: 1:18-cv-0146-LJO- JLT |
|       Plaintiff, | ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |
|      v. | (Doc. 41) |
| RONNIE JEFFRIES, et al. | |
|       Defendants. | |

On May 1, 2019, the parties filed a stipulation indicating all parties agreed "that the above-captioned action is dismissed in its entirety, with prejudice…." (Doc. 41 at 2) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __**May 2, 2019**__             _____**/s/ Jennifer L. Thurston**_____
                                        UNITED STATES MAGISTRATE JUDGE